

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Maria Jesus Sanchez,

Vs. No. 11-20-00012-CR

The State of Texas,

* From the 244th District Court
  of Ector County,
  Trial Court No. C-17-1052-CR.

* December 9, 2021

* Per Curiam Memorandum Opinion
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.

    This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to delete the $500 fine, the $452.70 third-party collection fee, and the $25 time payment fee. As modified, we affirm the judgment of the trial court.